NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE:  MARCUS ESCOBOSA, PATRICK H. HAYES,
JAMES N. CONWAY, JR.,**
*Appellants*

---

2018-2259

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/736,761.

---

**JUDGMENT**

---

JAMES J. LUKAS, JR., Greenberg Traurig, LLP, Chicago, IL, argued for appellants.  Also represented by BENJAMIN GILFORD, GARY R. JAROSIK.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, ROBERT J. MCMANUS, AMY J. NELSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and LOURIE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2020          /s/ Peter R. Marksteiner
Date                          Peter R. Marksteiner
                              Clerk of Court